

**FILED**

**JUL 3 1 2023**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

July 31, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 375 |
| v. | Violations: Title 18, United States Code, Sections 922(o) and 922(g)(1) |
| ANTHONY PRISCO | |

## COUNT ONE

**JUDGE PACOLD**
**MAGISTRATE JUDGE McSHAIN**

The SPECIAL MAY 2022 GRAND JURY charges:

On or about June 15, 2023, at Oak Forest, in the Northern District of Illinois, Eastern Division,

ANTHONY PRISCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, twenty machinegun conversion devices, also known as "auto sears" and "Glock switches," a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about June 20, 2023, at Oak Forest, in the Northern District of Illinois, Eastern Division,

### ANTHONY PRISCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, five machinegun conversion devices, also known as "auto sears" and "Glock switches," a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

2

## COUNT THREE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about June 21, 2023, at Mokena, in the Northern District of Illinois, Eastern Division,

ANTHONY PRISCO,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Rossi, Model 68, .38 caliber firearm, bearing an obliterated serial number, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about June 29, 2023, at Oak Forest, in the Northern District of Illinois, Eastern Division,

ANTHONY PRISCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, six machinegun conversion devices, also known as "auto sears" and "Glock switches," a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

4

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to:

a.      The six machinegun conversion devices that were recovered by law enforcement on or about June 29, 2023, from 15804 Rob Roy Drive, Oak Forest, Illinois, 60452.

A TRUE BILL.


_____

FOREPERSON


_____

Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY