# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:23–cr–00375
                                                    Honorable Martha M. Pacold

Anthony Prisco

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 8, 2023:

       MINUTE entry before the Honorable Martha M. Pacold: as to Anthony Prisco: The government shall confer with defense counsel and file a joint status report before 4:00 p.m. on 8/25/2023 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file pretrial motions and objects to the exclusion of time under the Speedy Trial Act. The court will enter a scheduling order in response to the status report. Rule 16.1(a) conference date remains in place [24]. Pretrial motions schedule set in [24] is stricken. The status hearing set for 8/29/2023 is also stricken. Time remains excluded until 8/29/2023 for the reasons previously stated [24]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.