UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY PRISCO | No. 23 CR 375<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, jointly with defense counsel for defendant ANTHONY PRISCO, hereby submit this status report.

1. On August 10, 2023, discovery was provided to defense counsel.

2. Defendant and his counsel are reviewing discovery and need additional time to finish their review and determine what, if any, pretrial motions to file.

3. The parties request another status in 60 days.

[*CONTINUED ON THE NEXT PAGE*]

4. Defendant agrees to the exclusion of time through the date of the new status.

          Respectfully submitted,

          MORRIS PASQUAL
          Acting United States Attorney

By: /s/ *Simar Khera*
     SIMAR KHERA
     Assistant U.S. Attorney
     219 South Dearborn St., Rm. 500
     Chicago, Illinois 60604
     (312) 353-5300

     */s/Gary Adair*
     Gary Adair
     Gary W. Adair & Associates
     900 Jackson Boulevard
     Unit 5E
     Chicago, Illinois 60607

Date: August 23, 2023     garywadair@gmail.com